UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL A. GONZALEZ-CALDERON,<br><br>Defendant. | No. CR-13-2021-LRS<br><br>ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE<br><br>☒  Motion Granted<br>   **(ECF No. 21)**<br>☐  Action Required |
|---|---|

Date of Motion hearing: 02/13/2013

**IT IS ORDERED** that the release of the Defendant is subject to the following:

### STANDARD CONDITIONS OF RELEASE

**(1)** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**(2)** Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**(3)** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**(4)** Defendant shall sign and complete A.O. 199C before being released and shall reside at

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 1

the address furnished.

**(5)** Defendant shall not possess a firearm, destructive device or other dangerous weapon.

**(6)** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**(7)** Defendant shall contact defense counsel at least once a week.

**(8)** Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**(9)** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

## BOND

**(10)** Defendant shall:

☒ Execute:  ☒   $10,000  percentage bond, with $ 1,000  paid in cash

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the Defendant and the safety of other persons and the community:

**IT IS FURTHER ORDERED** that the release of the Defendant is subject to the following additional conditions:

☐  **(11)** The Defendant is placed with:

☒  **(12)** May not work unless given permission from Immigration.

☐  **(13)** Maintain or commence an education program.

☐  **(14)** Surrender any passport to Pretrial Services and shall not apply for a new passport.

☒  **(15)** Defendant shall remain in the:

   X Eastern District of Washington or ☐ State of Washington

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 2

while the case is pending.  On a showing of necessity, and with prior notice by the defense to the assigned Assistant U.S. Attorney, the Defendant may obtain prior written permission to temporarily leave this area from the United States Probation Office.

☐ Exceptions: _____

☐ **(16)** Avoid all contact, direct or indirect, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:

☒ **(17)** Avoid all contact with persons currently charged with a felony offense.

☐ **(18)** Undergo medical or psychiatric treatment and/or remain in an institution as follows: _____

☐ **(19)** Refrain from: ☐ any    ☐ excessive use of alcohol

☐ **(20)** There shall be no alcohol in the home where Defendant resides.

☒ **(21)** There shall be no firearms in the home where Defendant resides.

☒ **(22)** Defendant shall abide by any restrictions imposed by Immigration.

☒ **(23)** The defendant is a party to a criminal case pending in a court of the United States.

The removal or deportation of the defendant from the United States, whether voluntary or involuntary, is deemed prejudicial to the interests of the United States under the provisions of 8 C.F.R. § 215.2. Upon release of the defendant from the custody of the U.S. Marshall, Immigration and Customs Enforcement authorities shall be notified by the United States Attorney of the status of this pending matter and that the defendant shall not be removed or deported from the United States unless consent is given by the United States Attorney as provided under 8 C.F.R. § 215.3.

DATED February 13, 2013.

s/James P. Hutton<br>
JAMES P. HUTTON<br>
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 3